UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ALEX E. WIERBICKI, | ) |
| Plaintiff, | ) CASE NO. 1:06-CV-269 |
| v. | ) COLLIER/CARTER |
| Advatech, LLC, and URS Corporation, | ) |
| Defendants. | ) |

STATUS MEMORANDUM

As set forth in a previous Order of the court (Doc. 23), the undersigned conducted a status conference in this matter on December 4, 2008. Attorney Valerie W. Epstein was present on behalf of plaintiff Alex E. Wierbicki, and Attorney Joel T. Galanter was present via telephone for defendants.

At the status conference, counsel stated that the parties were currently involved in binding arbitration, and had hearings scheduled for that arbitration on January 8-9, 2009. Defendant also stated that a motion for summary judgment had been made in that arbitration; oral arguments had been conducted; and, the parties awaited a ruling from the arbitrator on that motion. The parties also suggested they would have some discussion as to whether settlement at this stage might be feasible.

Due to the current status of the case, there is no further action for the Court to take at this time. The Court **ORDERS** the parties to file a status report on or before February 4, 2009 if the case is not otherwise resolved and closed at that time.

ENTER.

Dated: December 4, 2008          s/William B. Mitchell Carter
                                 UNITED STATES MAGISTRATE JUDGE